FILED
JUL 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM STEPHENS ON BEHALF OF
THE UNITED STATES GOVERNMENT
1713 S.E. 24TH AVE.
AMARILLO, TEXAS 79103

PLAINTIFF.

VS

BELL HELICOPTOR TEXTRON,
P.O. BOX 482
FORT WORTH, TEXAS 76101

JOHN R. MURPHEY
P.O. BOX 482
FORTH WORTH, TEXAS 76101

BOEING AIRCRAFT CO.,
100 RIVERSIDE
CHICAGO, ILL. 60606-1596

W. JAMES MCNERNEY JR.
100 RIVERSIDE
CHICAGO, ILL. 60606-1596

DEFENDANTS'.

CASE NUMBER 1:06CV01328
JUDGE: Rosemary M. Collyer
DECK TYPE: Pro se General Civil
DATE STAMP: 07/27/2006

## COMPLAINT

### JURISDICTION

WILLIAM STEPHENS IS FILING A FALSE CLAIMS ACT ON BEHALF OF THE UNITED STATES GOVERNMENT.

### COMPLAINT

THERE IS EVIDENCE THAT BELL HELICOPTOR TEXTRON IS COMMITTING FRAUD AGAINST THE UNITED STATES GOVERNMENT BY USING FUNDS ALLOCATED FOR OTHER PROJECTS TO BUILD THE V-22 OSPREY AIRCRAFT, AND

RECEIVED
MAY 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VISE VERSA, AND RECEIVING FUNDS UNDER FALSE PRETENSES FOR TESTING, DEVELOPMENT AND PRODUCTION OF AN AIRCRAFT THAT THEY KNOW WILL NOT PERFORM OR MEET THE DEMANDS THAT WILL BE PLACED ON IT, AND FOR WHICH, IT WAS BUILT.

DEMAND
$50.000.000.000

THE V-22 OSPREY PROGRAM HAS BECOME THE LARGEST SWINDLE IN MILITARY HISTORY. THE FIRST V-22, FLEW IN 1989 AND REMAINS "IN DEVELOPMENT" DESPITE A COST OF OVER 50 BILLION DOLLORS, AND SEVEN KNOWN CRASHES WHICH HAS KILLED 30 MARINES. CRASH # 1, JUNE 11, 1991. CRASH # 2, JULY 20, 1992, SEVEN MARINES DIE. CRASH # 3, DEC.11, 2000, FOUR MARINES DIE. CRASH # 4, APRIL 8, 2000, NINETEEN MARINES DIE. CRASH # 5, AUGUST 8, 2005. CRASH # 6, OCT. 18, 2005. CRASH # 7. MARCH 27, 2006. IN 1989, IT WAS ESTIMATED THAT EACH OSPREY WOULD COST 35 MILLION DOLLARS. AS OF THIS DATE, THE V-22 COSTS' 115 MILLION DOLLORS EACH, AND A RECENT CONGRESSIONAL RESEARCH REPORT, ESTIMATED THAT PRICE WILL NOT DECLINE IN FUTURE YEARS. IT HAS BEEN ESTABLISHED, THAT THE MARINES AND BELL HELICOPTOR WAS AWARE OF THE PROBLEMS WHICH CAUSED THE ACCIDENTS, AND THAT TWO YEARS PRIOR TO THE ACCIDENTS, MAINTENANCE RECORDS AND TEST RESULTS HAD BEEN FALSIFIED, AT THE EXPLICIT DIRECTION OF THE MARINE COMMANDER.

THE V-22 HAS BEEN OFFICIALLY APPROVED FOR PRODUCTION OF 458 OF THE CRAFT, EVEN AFTER FAILED TESTING, IN VIOLATION OF THE SACRED "FLY BEFORE YOU BUY" STANDARD. THE V-22 HAS UNOFFICIALLY BEEN IN PRODUCTION SINCE 1999, PRODUCING A DOZEN UNSAFE, V-22'S EACH YEAR

WHICH HAS BEEN PLACED IN STORAGE TO AWAIT UPGRADES, (AND FOR POSSIBLE WORLD WIDE COMMERCIAL SALES) OF WHICH, WILL COST BILLIONS OF DOLLORS MORE, AND THEY WILL NEVER ADMIT THAT THE V-22, IS FUNDAMENTALLY FLAWED OR THAT THE V-22'S, THAT WILL BE DELIVERED TO OPERATIONAL SQUADRONS WILL COST BILLIONS OF DOLLORS MORE TO CONTINUALLY "FIX" PROBLEMS. ACCORDING TO THE ACQUISITION CHART ON PAGE CRS-11, IN THE AUGUST 2005 CRS REPORT, ONLY 23 OF THE V-22'S IN STORAGE WILL BE UPGRADED, LEAVING SOME THREE DOZEN NEW V-22'S, THAT COST 3 BILLION DOLLORS, TO BE SCRAPPED, OR "SOLD COMMERCIALLY?".

Composites / Plastics



**Welcome to About.com** What is About.com?
I'm Apply Now, your Guide to Composites / Plastics. If this Yahoo! search is not what you were looking for, you may want to see our other popular topics, such as About Composites & Plastics, How To, or Materials and Distributors.

Apply Now



Rela
E
Manufacturers
Services
Software

FREE Composites / Plastics Newsletter  Enter email address   Sign Up

# Commercial Tiltrotor Aircraft Begins Ground Run Testing

*December 2002 (Newstream)* - Textron Inc. (NYSE: TXT) today announced that the Bell/Agusta 609 (BA 609), the world's first commercial tiltrotor aircraft, has begun "ground run" testing in preparation for first flight. The testing of this revolutionary aircraft, jointly developed by Textron's Bell Helicopter unit and Agusta, an AgustaWestland company, is being conducted at Bell's Flight Research Center in Arlington, Texas.



The BA609 will undergo 40 to 50 hours of aircraft ground run testing prior to its first flight. During this process all of the aircraft systems will be tested and thoroughly checked. No date has been set yet for the first flight.

"Today marks a new benchmark date in aviation history," declared Bell Helicopter Chairman and CEO John Murphey. "With 70 orders from 40 customers in 18 countries, there is no doubt the BA609 will revolutionize air transportation."

"This success confirms Bell/Agusta's leading position in vertical lift technology," added AgustaWestland's CEO Amedeo Caporaletti.

With its rotors in the vertical position, the tiltrotor is able to takeoff, land and hover like a traditional helicopter. When the rotors are tilted forward to the horizontal position, the aircraft is able to fly with the high speed and range of a turboprop fixed wing airplane. The transition from helicopter mode to airplane mode takes 20 seconds, as does the transition from airplane mode to helicopter mode. This versatile capability enables the BA609 to fly with twice the speed and range of conventional helicopters.

The BA609 will be used in a wide variety of commercial and civil operations ranging from off-shore oil exploration to corporate transport, emergency medical service and small air carrier operations. It seats six to nine passengers and is expected to be certified by the FAA in 2007 with first deliveries to begin immediately following.

Bell/Agusta will produce a total of four prototype tiltrotor aircraft for flight-testing. Final assembly for production aircraft will take place at Bell's Amarillo, Texas, facility with another assembly line to be established at the Agusta plant in Italy.

06 1328

FILED

JUL 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Headquarters for the Bell/Agusta Aerospace Company is located at Alliance Airport in Fort Worth, Texas. AgustaWestland (www.Agustawestland.com), a Finmeccanica and GKN Company, with primary operations in Cascina Costa, Italy, and Yeovil, United Kingdom, is a commercial enterprise, offering an unrivaled range of products designed to satisfy the most diverse requirements of civil and military customers. With turnover in 2001 exceeding $2.5 billion, AgustaWestland is committed to delivering outstanding products and services in globally competitive markets.

Bell Helicopter is a $1.6 billion, leading producer of commercial and military helicopters, and the pioneer of the revolutionary tiltrotor aircraft. Globally recognized for customer service, innovation and superior quality, Bell's global workforce of over 7,500 employees serves customers flying Bell aircraft in over 120 countries.

Bell Helicopter is a division of Textron Inc., a $12 billion multi-industry company with more than 51,000 employees in 40 countries. The company leverages its global network of businesses to provide customers with innovative solutions and services in industries such as aircraft, fastening systems, industrial products and components and finance. Textron is known around the world for its powerful brands such as Bell Helicopter, Cessna Aircraft, Kautex, Lycoming, E-Z-GO and Greenlee, among others. More information is available at www.textron.com.

--------------------

Produced for Textron

CONTACT:
Investor Contacts:
Doug Wilburne - 401-457-2353
Marc Kaplan - 401-457-2502

Media Contact:
Susan Bishop - 401-457-2362

--------------------

Topic Index | Email to a Friend | Bookmark this Site | Make this Site Your Homepage! | Print this Page
Our Story | Be a Guide | Advertising Info | Work at About | Site Map | Icons | Help
User Agreement | Ethics Policy | Patent Info. | Privacy Policy | Kids' Privacy Policy

©2006 About, Inc., A part of The New York Times Company. All rights reserved.

Day 1  Day 2  Day 3
Top Stories  Intelligence  Airframes  Hardware  Newsmakers

**Bell Courts BA609 Buyers By Using the XV-15**

Log onto www.bellhelicopter.textron.com and what you see is not a helicopter but a fixed-wing, tiltrotor airplane. Soon Bell Helicopter Textron's BA609, the world's first commercial tiltrotor aircraft, will be a reality, with first flight of the nine-seater slated for mid-2001, and certification and sales to commence in late 2003 or early 2004.

The Model 609 has the BA designation because the vertical-lift, doesn't-need-a-runway aircraft is being built by a joint venture of Bell and Italy's Agusta. Designer Bell holds 60% and is responsible for all of the aircraft's dynamics. Japan's Fuji Heavy Industries is building the BA609 fuselage, and there will be final assembly in both Texas and Italy.

Think you might want an aircraft that doesn't need an airport? "Get in line," says Bell executive marketing director Don Barbour. Orders, including a new call for a pair of BA609s by Pittsburgh's Stat MedEvac for EMS, now exceed 80.

Price? Well, the first 77 civil tiltrotors were sold at a figure said to be "between $8 million and $10 million"-in 1996 dollars. Now Bell is saying only that firm pricing will be disclosed 18 months prior to aircraft delivery. The cost of a delivery position is $150,000, a deposit that's fully refundable-without interest.

Worse-or better for Bell-"The business backlog we have now will take us into the 2005-06 timeframe," Barbour says. It'll thus take at least five years for new buyers to get their BA609.

"The customers realized that was really a terrific deal," Bell chairman and CEO Terry Stinson says of the initial 77 orders. Now, "We continue to sell 609s unpriced with full deposits," Stinson says.

"The capability of the aircraft is greatly sought," Barbour understates.

That capability includes fully pressurized cabin, 25,000-foot flight ceiling, maximum cruise speed of 275 knots and range of 750 nmi. That's about twice the speed and twice the range of a comparably sized helicopter. Bell expects those attributes to make the BA609 more attractive than its rotary-wing products to fractional operators, who according to Stinson have expressed serious interest in the radical new aircraft.

Recent milestones for the BA609 include completion of bird strike tests on wing and tail, and icing tests on a one-fifth scale model. Pratt & Whitney Canada is supplying PT6 engines and Rockwell Collins the BA609's IFR avionics suite.

"We're real happy with Pratt, we're real happy with Collins," Barbour says. "The aircraft's coming together."

The first BA609 is being built at Bell's Plant 6 in Fort Worth.

To help sell it, Bell is taking prospective customers (including representatives of the big fractional operators) aloft in the XV-15 tiltrotor. To help sustain momentum, the Textron board has just approved money for a new BA609 training and delivery center at the Bell Agusta joint venture headquarters at the Fort Worth Alliance Airport. The facility will include a Level D simulator.

FlightSafety International is likely to supply the simulator hardware, but Bell itself will supply all of the tiltrotor training curricula.

What with the XV-15 and the production V-22 tiltrotor for the U.S. military, "We are the resident expert on the planet for that technology," Barbour says.

The Bell marketing chief predicts a spate of multiple orders for the BA609 for roles ranging from VIP transport to EMS to SAR. "We're beginning to see some global interest from civil governments," he says, warning other prospective customers, "As those quantity purchasers start to queue, it'll be very difficult to get in."

"If you want to be ahead of those," he advises, "You need to have a deposit in now." In other words-Get in line.

By Rich Piellisch

Gallery

About ShowNews

The McGraw-Hill Companies
Copyright 2000 © AviationNow.com All Rights Reserved.
Terms under which this service is provided to you.
Read your privacy guidlines.

ON SEPT 8, 2005, IN A LETTER TO HOUSE APPROPRIATIONS COMMITTEE CHAIRMAN JERRY LEWIS, UNDER SECRETARY OF DEFENSE FOR ACQUISITION, TECHNOLOGY AND LOGISTICTS KENNETH J. KRIEG CERTIFIED THAT OPERATIONAL TESTS OF V-22 AIRCRAFT MET SEVERAL CONDITIONS CONGRESS REQUIRED IN THE WAKE OF THE TWO FATAL OSPREY CRASHES IN 2000. ON SEPT. 28, 2005, A DEPARTMENT OF DEFENSE PANEL APPROVED THE V-22 OSPREY FOR FULL-RATE PRODUCTION.

# V-22 Fails OPEVAL

In September 2005, the V-22 Osprey tiltrotor failed its second Operational Evaluation (OPEVAL); it failed its first one in 2000. However, a friend of the V-22 program wrote the OPEVAL report to hide these failures. The OPEVAL report was withheld from release until Sept. 27, 2005 when a Defense Department panel met and rubberstamped it for full production after no analysis of the OPEVAL report. This article shows how the V-22 failed OPEVAL the second time as well. Note that a KPP is a Key Performance Parameter. If an aircraft is unable to meet it's KPPs, it is considered a failure. KPPs are not dreamed up by evil critics, but by Marine aviators who expect the aircraft to easily meet that minimal standard. The basic purpose of an OPEVAL is to verify that KPPs are demonstrated.

## Major Failures During OPEVAL II

| Key Performance Parameter[1] | Program Goal | Contract Requirement | Demonstrated in OPEVAL II[2] | Result |
|---|---|---|---|---|
| Guaranteed Empty Weight | 31,827 lbs | 33,140 lbs | ~34,000 lbs | FAILED |
| Cruise Speed at 3000 ft. | 300+ knots | 275 knots | 240 knots[3] | FAILED |
| External payload, to 50 nm | 15,000 lbs | 10,000 lbs | 7200 lbs | FAILED |
| Internal payload, to 200 nm | ~10,000 lbs[4] | 5760 lbs | 4760 lbs | FAILED |
| Self-deploy, with one aerial refueling | 2261nm | 2100 nm | 1600 nm | FAILED |
| Landing Zone Maneuverability | Combat Maneuvers | Combat Maneuvers | Defensive Maneuvers | FAILED |
| Unit Cost, excluding RDT&E | $41-$57 million | NA | $100-$115 million[5] | Not a KPP |

[1] Contract KPP Source: Department of the Navy, Naval Air Systems Command, Detailed Specification for V-22 Engineering Manufacturing Development, 13 December 1995 (modified 02 April 2002) SD-572-1 Revision C, KPPs on pages 5 and 18. The KPPs are the same in the 2000 LRIP contract.

[2] This is the Block A model which is minus the defensive gun and hoist to reduce weight and improve performance for OPEVAL II; ballast was not substituted. The B model coming off the production line will

have these features and thus several hundred pounds more empty weight, so flight performance will be worse. The OPEVAL report is confusing because it frequently refers to unverified contractor performance claims and even "explorated" contractor computations as proof of OPEVAL demonstration.

[3] The OPEVAL II report has a chart on page 15 that includes unverified contractor hearsay and shows a cruise speed of 255 knots, but this is not mentioned in the text about testing, although it indicates 240 knots on page 40. The V-22 users manual "NATOPS" indicates a cruise 220-240 knots depending on aircraft gross weight.

[4] The V-22 sales pitch was that it could carry 20,000 lbs of cargo internally, and could carry 24 combat-equipped Marines (5769 lbs) out to 430 nm and return home. OPEVAL II showed it couldn't even carry that payload 200 nm. This sales pitch can be verified on the Internet, at sites like Naval Technology and this older link from the Marine Corps that advertises 15,000 lbs external lift, while OPEVAL II demonstrated 7,200 lbs.

[5] Unit cost figures from May 2005 GAO Report $100 million; August 2005 CRS Report $110 million; FY 2006 DoD budget $115 million each.

The OPEVAL II report reveals the V-22 failed all primary mission requirements. OPEVALs were created with the idea that an independent team of civilians from the Department of Defense should conduct final testing on military equipment to verify that military officers were not lying. It seemed like a good idea, but the problem is the DOT&E office is headed by political appointees who often do not understand what is going on around them. The man who signed this report, David Duma, is expected to understand all the complexities of National Missile Defense, the F-22, the V-22 ect. He probably read the executive summary which says all the KPPs were "satisfied" and just skimmed the remainder of the report before he signed it.

This OPEVAL was completed in June 2005, and the head of Marine Aviation, General Michael Hough said the report would be released in August. (see Aviation Week 7-18-05) However, release of the report was delayed until the same day the Defense Acquisition Board met on September 27, 2005. The board members must not have analyzed the entire report or they would not have voted to allow full production to commence. OPEVALs were once posted on the Internet by DOT&E. However, outside experts would read them and press reports would emerge about major failings, so posting OPEVALs on the Internet was halted when the Bush administration came into office.

Paper copies are available, so the good people at the Project on Government Oversight have posted it on the Internet for all to see. Given the obvious KPP failures in the chart above, even jaded long-time observers of Pentagon games must be skeptical that V-22 performance is as bad as that chart indicates, and that DOT&E could produce an such a fraudulent report about their OPEVAL that skipped tests the Bell-Boeing team did not want to perform. One would think that an OPEVAL team would go down a checklist of the contract KPPs and tell the test team to demonstrate each KPP and mark each event as passed or failed. They did not, read the report (pdf), which clearly indicates the person at DOT&E who wrote the OPEVAL report intentionally hid the V-22's failed performance. He often resorted to blatant lies while constantly comparing V-22 performance to the 40-year old CH-46E, which is half its size and has been safety restricted to half its payload capacity due to airframe age, something he never notes.

AT FIRST, THERE WAS THE ILLUSION THAT THE MARINE CORPS GENERALS WERE JUST TO STUBBORN TO ADMIT THAT DEDICATION AND POLITICAL INFLUENCE CANNOT OVERCOME THE LAWS OF PHYSICS WHICH HAVE PROVEN THE COMPLEX TILT-ROTOR DESIGN FLAWED AND ULTRA-EXPENSIVE. BUT WHEN THE GENERALS STARTED RECEIVING LUCRITIVE POSITIONS WITH BOEING AND BELL AFTER THEY RETIRED, IT ALL BECAME QUITE CLEAR. "THE GENERALS WERE NO DIFFERENT THAN BOEING, BELL, THE PENTAGON OR CONGRESS, AND ALL OTHERS WHO ARE LINEING THEIR POCKETS WITH ILLGOTTEN AND BLOODSTAINED, MONEY". CASES' IN POINT: DESPITE SERIOUS PROBLEMS WITH THE V-22, THE PENTAGONS' CHIEF OF TESTING, PETE ALDREGE, REVIEWED THE PROGRAM AND ON MAY 23, 2003, ANNOUNCED THE V-22 WAS TESTING WELL AND THAT INCREASED PRODUCTION SHOULD BE CONSIDERED. HE RETIRED THE NEXT DAY AND BECAME A BOARD MEMBER FOR LOCKHEED-MARTIN WHERE HE EARNS $75.000 PER YEAR TO ATTEND METTINGS, PLUS $75.000 IN STOCK OPTIONS.

ALDREDGE JOINS NORMAN AUGUSTINE, WHO BECAME A LOCKHEED-MARTIN BOARD MEMBER SHORTLY AFTER COMPLETING WORK AS PART OF AN INDEPENDENT PANEL WHICH REVIEWED THE V-22 PROGRAM AFTER TWO DEADLY CRASHES IN 2000. THIS FOUR MAN "BLUE RIBBON PANEL" CONCLUDED THE V-22 COULD BE FIXED AND PRODUCTION SHOULD CONTINUE. MR. AUGUSTINE MADE TENS OF MILLIONS OF DOLLORS IN 2001 CASHING IN LOCKHEED-MARTIN STOCK OPTIONS. AFTER COMPLETING WORK AS HEAD OF THE BLUE RIBBON PANEL, RETIRED MARINE GENERAL JOHN DAILEY BECAME AN OUTSIDE DIRECTOR FOR SMITHS AEROSPACE. A FEW MONTHS LATER, SMITHS WON A MAJOR CONTRACT FOR V-22 COMPONENTS FROM BOEING, THE MAKER OF THE V-22.

WHILE THE V-22 WAS CONSIDERED FOR CANCELLATION IN 2001, THERE WAS HEAVY LOBBYING TO SAVE IT. THE BOEING EFFORT WAS LED BY GENERAL RICHARD HEARNY, THE FORMER HEAD OF MARINE AVIATION, WHO RETIRED IN 1996 AND IS VICE PRESIDENT FOR BUSINESS DEVELOPMENT AT BOEING. THE LOBBY EFFORT FOR BOEINGS' PARTNER, BELL HELICOPTOR, WAS LED BY ITS VICE PRESIDENT FOR GOVERNMENT RELATIONS, GENERAL TERRENCE R. DAKE, WHO RETIRED FROM THE MARINES IN 2000 AFTER HEADING MARINE AVIATION.

THE EFFORT AT HEADQUARTERS MARINE CORPS, WAS LED BY THE HEAD OF MARINE AVIATION, GENERAL FRED McCORKLE. SOON AFTER RETIRING FROM THE MARINES IN OCTOBER 2001, McCORKLE JOINED THE BOARD OF DIRECTORS AND AS A SENIOR ADVISOR FOR GKN AEROSPACE SERVICES (V-22 FUEL TANKS). HE ALSO SERVES ON THE ROLLS-ROYCE NORTH AMERICA BOARD OF DIRECTORS (V-22 ENGINES), AND IS A MEMBER OF THE BOARD OF DIRECTORS OF LORD CORPORATION (V-22 COMPONENTS). IN ADDITION, HE HAS SERVED AS A CONSULTANT FOR BOEING AEROSPACE (V-22 MAKER) AND OPTICAL AIR DATA SYSTEMS (V-22 LOW AIRSPEED INDICATOR). WHILE THESE GENERALS RECEIVE AN $8000, A MONTH RETIREMENT CHECK FROM THE MARINES, A TRADICTION HAS EMERGED IN WHICH THE GENERAL ARE FINANCIALLY REWARDED AFTER RETIREMENT FOR NOT ROCKING THE BOAT.

CONGRESS WEARS BLINDERS AND TURNS A DEFT EAR TO THE V-22'S PROBLEMS BECAUSE THE V-22 IS BEING BUILT IN MANY OF THE CONGRESSMANS STATES, AND FAMILY MEMBERS HOLD JOBS WITH BELL AND BOEING. SUPPORT FROM SEVERAL CONGRESSIONAL DISTRICTS IS KEEPING THE OSPREY PROGRAM ALIVE.

THE MOST DISTURBING ASPECT ABOUT THIS WHOLE SCENARIO, IS NOT THAT THE PERPETRATORS ARE STEALING BILLIONS OF TAXPAYERS DOLLORS, AND THE FACT THAT THEY ALL KNOW THAT THE CONSPIRACY TO KEEP THE OSPREY IN SERVICE IS BOUND TO COST MORE SOLDIERS THEIR LIVES, AND DON'T CARE. YOU CAN EXPECT THAT FROM BELL, BOEING, THE PENTAGON, AND CONGRESS. BUT, THE MOST DISTURBING FACT, IS THAT THE MARINE GENERALS' DO NOT CARE EITHER. THE VERY ONES WHO THE SOLDIERS TRUST AND RESPECT ARE DESERTING THEM TO THEIR FATE IN THE OSPREY.

THERE ARE HUNDREDS OF PAGES OF EVIDENCE, PLUS WITNESS'S WHICH WILL BE PRESENTED IN COURT PROVING THESE ALLEGATIONS AND OTHER FRAUDLENT AND CRIMINAL ACTIVITIES CONCERNING THE V-22 OSPREY.

DATE: MAY 15, 2006

WILLIAM STEPHENS
1713 S.E. 24TH. AVE.
AMARILLO, TEXAS 79103
806-342-5544

13