UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM STEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 06-1328 (RMC) |
| | ) | SEALED |
| BELL HELICOPTER TEXTRON *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff William Stephens has initiated this action *pro se* under the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* He has been granted leave to proceed *in forma pauperis.* Pursuant to the Act, "[a] copy of the complaint and written disclosure of substantially all material evidence and information the person possesses shall be served on the Government pursuant to [Rule 4(i)] of the Federal Rules of Civil Procedure." 31 U.S.C. § 3730(b)(2). Accordingly, it is hereby

**ORDERED** that the Clerk, through the United States Marshals Service, shall serve a copy of the complaint and any attachments thereto upon the United States Attorney for the District of Columbia and the Attorney General of the United States.

**SO ORDERED.**

Date: September 11, 2006

ROSEMARY M. COLLYER
United States District Judge