IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM STEPHENS, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Civ. No. 06-1328 (RMC) ) UNDER SEAL |
| BELL HELICOPTER TEXTRON, et al. | ) ) |
| Defendants. | ) ) |

**UNITED STATES' CONSENT MOTION FOR STAY
AND TO ENLARGE TIME OF SEAL SIXTY DAYS**

The United States of America was served in this matter pursuant to this Court's Order of September 11, 2006.[1] This case is brought under the False Claims Act by William Stephens, a pro se litigant. Because matters under the False Claims Act may not be pursued by pro se litigants,[2] the undersigned has advised Mr. Stephens to acquire counsel. Mr. Stephens has been ill recently and requests that the Court allow him an additional sixty days from this date to obtain counsel.

At the same time, the United States asks for an enlargement of time for the seal to remain in place in this matter in order to complete its investigation, and for a stay with regard to legal

---

[1] The undersigned had previously drafted a motion for an enlargement of the seal period pending Mr. Stephen's ability to obtain counsel, but it apparently was never filed. In discussing this matter with the Court's clerk, the undersigned confused this case with a similar case that has not yet been served upon the Attorney General. This matter has in fact been served on both the United States Attorney and Attorney General as ordered by this Court.

[2] A pro se litigant may not proceed under the False Claims Act. United States ex rel. Tingley v. 900 Monroe, 2004 WL 1987136 (6th Cir. Sept. 3, 2004); United States ex rel. Lu v. Ou, 368 F.3d 773 (7th Cir. 2004); United States ex rel. Fisher v. Network Software Associates, Inc., 377 F. Supp.2d 195 (D.D.C. 2005); United States ex rel. Rockefeller v. Westinghouse Electric Co., 274 F. Supp.2d 10 (D.D.C. 2003).

proceedings only pending Mr. Stephens' ability to obtain counsel. The United States will report to the Court by March 9, 2007, as to Mr. Stephens' acquisition of counsel and the status of its investigation of this matter. Mr. Stephens consents to this request.

The complaint herein has been provided to the relevant agencies for investigation, although no relator statement has yet been provided.

Dated: January 11, 2007

                                        Respectfully submitted,

                                        JEFFREY A. TAYLOR
                                        United States Attorney

                                        LAURIE WEINSTEIN, D.C. Bar # 389511
                                        Assistant United States Attorney
                                        District of the District of Columbia
                                        555 Fourth Street, N.W. Room E 4820
                                        Washington, D.C. 20530
                                        Telephone: (202) 514-7133

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM STEPHENS, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civ. No. 06-1328 (RMC) |
| | ) UNDER SEAL |
| BELL HELICOPTER TEXTRON, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the United States' Consent Motion for Stay and To Enlarge Time of Seal, the lack of opposition thereto, and the entire record in this case, it is hereby

ORDERED that this matter shall remain under seal pending further order of Court; and it is further

ORDERED that the United States will notify the Court of the status of its investigation by March 9, 2007; and it is further

ORDERED that Mr. Stephens shall inform the United States as soon as practicable upon acquisition of counsel.

Date:

_____
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January, 2007, a copy of the foregoing Consent Motion of the United States for Stay and to Enlarge Period of Seal, and it accompanying proposed Order, was mailed, postage prepaid to plaintiff as follows:

William Stephens
1713 East 24th Avenue
Amarillo, TX 79103

Laurie Weinstein
Assistant United States Attorney