IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM STEPHENS, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BELL HELICOPTER TEXTRON, et al. )<br>)<br>Defendants. )<br>_____) | Civ. No. 06-1328 (RMC)<br>UNDER SEAL |

### ORDER

Upon consideration of the United States' Consent Motion for Stay and To Enlarge Time of Seal, the lack of opposition thereto, and the entire record in this case, it is hereby

ORDERED that this matter shall remain under seal pending further order of Court; and it is further

ORDERED that the United States will notify the Court of the status of its investigation by March 9, 2007; and it is further

ORDERED that Mr. Stephens shall inform the United States as soon as practicable upon acquisition of counsel.

Date: 2/1/07

/s/ Rosemary M. Collyer
UNITED STATES DISTRICT COURT