UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM STEPHENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 06-1328 (RMC) |
| ) | **SEALED** |
| BELL HELICOPTER TEXTRON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER TO SHOW CAUSE

Plaintiff William Stephens has initiated this action *pro se* under the False Claims Act, 31 U.S.C. §§ 3729 *et seq*. By Order of February 1, 2007, the United States was directed to provide a status of its investigation by March 9, 2007, and Mr. Stephens was directed to inform the United States as soon as he obtained counsel. Neither party has complied and counsel has not appeared in this case on Mr. Stephens's behalf. This action may not be prosecuted *pro se*. *See U.S. ex rel. Lu v. Ou*, 368 F.3d 773, 775 (7th Cir. 2004); *U.S. ex rel. Fisher v. Network Software Assocs., Inc.*, 377 F. Supp.2d 195, 197 (D.D.C. 2005); *U.S. ex rel. Rockefeller v. Westinghouse Elec. Co.*, 274 F. Supp. 2d 10, 16 (D.D.C. 2003). Accordingly, it is hereby

**ORDERED** that Mr. Stephens shall show cause in writing, no later than October 9, 2007, why this case should not be dismissed. If Mr. Stephens does not provide a satisfactorily explanation within the time provided, the Court will dismiss the case.

**SO ORDERED.**

Date: September 7, 2007                  /s/
                                         ROSEMARY M. COLLYER
                                         United States District Judge