UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 06-1328 (RMC) |
| | ) **SEALED** |
| BELL HELICOPTER TEXTRON *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER TO SHOW CAUSE

Plaintiff William Stephens initiated this action *pro se* under the False Claims Act, 31 U.S.C. §§ 3729 *et seq*. Because such actions may not be prosecuted *pro se*, *see U.S. ex rel. Lu v. Ou*, 368 F.3d 773, 775 (7th Cir. 2004); *U.S. ex rel. Fisher v. Network Software Assoc., Inc.*, 377 F. Supp. 2d 195, 197 (D.D.C. 2005); *U.S. ex rel. Rockefeller v. Westinghouse Elec. Co.*, 274 F. Supp. 2d 10, 16 (D.D.C. 2003), Mr. Stephens was allowed time to obtain counsel. *See* February 1, 2007 Order [Dkt. # 6]. In the same Order, the United States was instructed to notify the Court of the status of its investigation by March 9, 2007. *Id*. Months passed without an appearance by counsel or any case activity. By Order of September 7, 2007, the Court directed Mr. Stephens to show cause by October 9, 2007, why this case should not be dismissed and warned him that his failure to comply would result in dismissal of the case [Dkt. # 7]. Mr. Stephens has not complied with the order or sought additional time to do so, failing to prosecute this case. Likewise, the United States has failed to inform the Court of the status of its investigation as ordered. Accordingly, it is

**ORDERED** that the United States shall **SHOW CAUSE** by January 4, 2007 why this case should not be dismissed. If the United States fails to provide a satisfactory explanation within the time provided, the Court will dismiss the case and the seal currently in place will be lifted.

**SO ORDERED.**

Date: December 10, 2007                             /s/
                                        _____
                                        ROSEMARY M. COLLYER
                                        United States District Judge