UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM STEPHENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 06-1328 (RMC) |
| BELL HELICOPTER TEXTRON *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

By Order of September 7, 2007, this Court directed Plaintiff William Stephens to show cause by October 9, 2007 why this case, brought under the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, should not be dismissed for failure to prosecute. *See* Dkt. # 7. Mr. Stephens did not respond to the Order. Likewise, on December 10, 2007, the Court ordered the United States to show cause why this case should not be dismissed for failure to inform the Court of the status of its investigation. *See* Dkt. # 8. In that Order, the Court explained that if the United States failed to provide a satisfactory explanation by January 4, 2008, the Court would dismiss this case and the seal currently in place would be lifted. *Id.* The United States has failed to respond to the Order. As a result, it is hereby

**ORDERED** that the entire record in this case shall be **UNSEALED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: January 24, 2008

/s/ Rosemary M. Collyer
ROSEMARY M. COLLYER
United States District Judge